**UNITED STATES of America, Plaintiff–Appellee**

v.

**Corey Lenard WATTS, also known as Cocomo Watts, Defendant–Appellant.**

**No. 12–30537 Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 4, 2014.

Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Carol Loupe Michel, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Autumn Alycia Town, Law Office of Autumn Town, New Orleans, LA, for Defendant–Appellant.

Corey Lenard Watts, Pensacola, FL, pro se.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Corey Lenard Watts has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

438

(5th Cir.2011). Watts has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.